CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD V. WASHINGTON WAUGH & SON.

60a 353
60  349

FILED JUNE 7, 1900.   No. 9,202.

Stare Decisis: FORFEITURE: POLICY OF INSURANCE: CONSTRUCTION: CONDITION.

ERROR to the district court for Cass county. Tried below before RAMSEY, J. *Affirmed.*

*Charles Offutt* and *Byron Clark*, for plaintiff in error.

*Edwin Jeary* and *Beeson & Root, contra.*

HOLCOMB, J.

The controversy in this case involves the identical propositions raised in the case of *Connecticut Fire Ins. Co. v. Jeary*, 60 Nebr., 338, decided at the present sitting of the court. The decision in that case is controlling of the disposition of the present one. Following the course of reasoning therein adopted, and upon the authority of that case, the judgment of the trial court should be

AFFIRMED.